IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TOBY DANZBERGER and<br>KATHY DANZBERGER,<br><br>   Plaintiffs,<br><br>v.<br><br>ALPHA RECOVERY CORP. and DOES 1-10,<br>inclusive,<br><br>   Defendants. | Civil Action 7:13-CV-2 (HL) |

**ORDER**

Counsel for Plaintiffs is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than April 10, 2013. Failure to file a timely response to this Order will result in the dismissal of Plaintiffs' complaint without prejudice.

**SO ORDERED**, this the 4th day of April, 2013.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh