# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TOBY DANZBERGER and KATHY DANZBERGER, Plaintiffs, v. ALPHA RECOVERY CORP. and DOES 1-10, inclusive, Defendants. | Civil Action 7:13-CV-2 (HL) |

## ORDER

Counsel for Plaintiffs is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than April 10, 2013. Failure to file a timely response to this Order will result in the dismissal of Plaintiffs' complaint without prejudice.

**SO ORDERED**, this the 4th day of April, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh